BOWMAN AND BROOKE LLP
Anthony J. Parascandola (SBN: 140217)
Email: tony.parascandola@bowmanandbrooke.com
Garrett B. Stanton (SBN: 324775)
Email: garrett.stanton@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.:  310/ 768-3068
Fax No.: 310/ 719-1019

Attorneys for Defendant,
BRASSCRAFT MANUFACTURING COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>BRASSCRAFT MANUFACTURING COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO.: 2:21-cv-01797<br><br>(Removed from California Superior Court, Riverside County, Palm Springs Courthouse – Case No. CVPS2100153)<br><br>**DECLARATION OF ANTHONY J. PARASCANDOLA IN SUPPORT OF BRASSCRAFT MANUFACTURING COMPANY'S NOTICE OF REMOVAL**<br><br>Action Filed: January 20, 2021<br>Trial:             None |

### DECLARATION OF ANTHONY J. PARASCANDOLA

I, Anthony J. Parascandola, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a partner at Bowman and Brooke LLP, attorney of record for Brasscraft Manufacturing Company ("Brasscraft"). This declaration is offered in support of Brasscraft's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. §§ 1332, 1441, and 1446. I have personal knowledge of all the facts set forth herein, except for those stated upon information and belief, and if called upon to do so by the Court, could and would

testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Summons filed in Allstate Insurance Company v. Brasscraft Manufacturing Company et al., Riverside County Superior Court, Palm Springs Courthouse, Case No. CVPS2100153, received on January 28, 2021.

3. Attached as Exhibit 2 is a true and correct copy of the Complaint filed in *Allstate Insurance Company v. Brasscraft Manufacturing Company et al.*, Riverside County Superior Court, Palm Springs Courthouse, Case No. CVPS2100153, received on January 28, 2021. Plaintiff alleges Brasscraft "was responsible for the development, design, engineering, manufacture, production, assembly, creation of the warnings and instructions, testing, inspection, distribution, and/or sale of…a certain braided stainless steel supply line, and its component parts, installed in the subject property." (Compl., ¶ 4.) Further Plaintiff alleges that "the negligence in question caused the subject supply line to fail, resulting in flooding and extensive water damage to…." (*Id.* ¶ 10) Plaintiff's subrogor's real and personal property, "located at 81280 Golf View Drive, City of La Quinta, County of Riverside, State of California…." (*Id.* at ¶ 3.) Plaintiff alleges causes of action for negligence, strict products liability, and breach of implied warranties of merchantability and fitness. (*See generally*, *id.*)

4. Attached as Exhibit 3 is a true and correct copy of Brasscraft's Answer to Complaint filed on February 24, 2021 in *Allstate Insurance Company v. Brasscraft Manufacturing Company et al.*, Riverside County Superior Court, Palm Springs Courthouse, Case No. CVPS2100153.

5. Attached as Exhibit 4 is a true and correct copy of Brasscraft's Certification and Notice of Interested Parties, which will be filed concurrently herewith in support of Brasscraft's Notice of Removal.

6. Plaintiff alleges that it is entitled to relief including monetary damages, costs of suit, pre-judgment interest, and any other relief the Court may

deem proper. (Exhibit 2.) Plaintiff states that it seeks not less than $175,214.97 in damages. (Id. at page 6, para. 12, para. 24 and prayer, para.1)

7. Plaintiff Allstate Insurance Company is, and at the time this action was commenced, a citizen of the state of Illinois.

8. Defendant Brasscraft Manufacturing Company is a corporation incorporated and with its principal place of business outside of California, specifically in the state of Michigan, and was not and is not organized under the laws of the state of California.

**MEET AND CONFER**

9. Prior to filing this Removal Request, on February 24, 2021, I attempted to contact Plaintiff's counsel in a meeting of counsel to discuss the removal but was unable to reach him by telephone. At the time of this filing, I have not been able to discuss this removal with counsel for plaintiff but have attempted to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed this 25th day of February 2021 in Los Angeles, California.

By: /s/ *Anthony J. Parascandola*
       Anthony J. Parascandola

# PROOF OF SERVICE
## F.R.C.P. Rule 5(b)(2)(3)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, CA 90502 and my e-mail address is:

On February 25, 2021, I served the foregoing documents described as ***DECLARATION OF ANTHONY J. PARASCANDOLA IN SUPPORT OF BRASSCRAFT MANUFACTURING COMPANY'S NOTICE OF REMOVAL*** on all interested parties in this action as follows:

| | |
|---|---|
| Jason P. Williams, Esq.<br>Thomas W. Palecek, Esq.<br>WIILIAMS \| PALECEK LAW GROUP, LLP<br>3170 Fourth Ave., Suite 400<br>San Diego, CA 92103 | Attorneys for Plaintiff **ALLSTATE INSURANCE COMPANY**<br><br>Tel.: (619) 346-4263<br>Fax: (619) 346-4291<br>Email: jwilliams@wplgattorneys.com |

☐ **BY MAIL (F.R.C.P. Rule 5(b)(2)):** I served the documents by placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's business practice for collecting and processing documents for mailing. On the same day the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage date is more than 1 day after the date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE (CCP 1010.6.(b)(6)):** I caused the documents to be sent to the addressees persons at the electronic notification listed above

☐ **BY PERSONAL SERVICE (F.R.C.P. 5(2):** I delivered such envelope by hand to the addressee.

Executed on February 25, 2021, at Whittier, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*E. Velasquez*
ELIZABETH VELASQUEZ

23897995v1